JS-6

MICHAEL BASSIRI (SBN: 191808)
Email: mb@bassirilaw.com
BASSIRI LAW FIRM
2424 SE Bristol Ste. #300
Newport Beach, CA 92660
Tel: (949) 222-0209
Fax: (949) 229-3721

Attorney for Plaintiff
BRANDED ONLINE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDED ONLINE, INC., a Delaware corporation,<br><br>        Plaintiff,<br>    vs.<br><br>HOLDEN LLC, an Oregon limited liability corporation,<br><br>        Defendant. | Case No. SA CV 15-00390 DOC (DFMx)<br><br>**JUDGMENT** |

This matter having come before the Court upon Plaintiff's Application for Entry of Default Judgment against Defendant Holden LLC, and the Court having considered the moving papers and there being no opposition thereto:

IT IS HEREBY ORDERED that Plaintiff's Application for Entry of Default Judgment is GRANTED, and judgment is hereby entered in favor of Plaintiff Branded Online, Inc. and against Defendant Holden LLC (referred to herein as "Defendant") for breach of written contract as alleged in the Complaint as follows:

The Court **GRANTS** Plaintiff's Application and enters default judgment in favor of Plaintiff Branded Online, Inc. and against Defendant Holden LLC; and

The Court **GRANTS** Plaintiff's request for damages in the amount of $440,860.22, plus interest on the judgment at the legal rate until the judgment is satisfied.

**IT IS SO ORDERED**

DATED: March 3, 2016

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2